**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JENNIFER KRUEGER,

        Plaintiff,

v.

WARDEN L.S. DAVIS, in her official
capacity; FCI WASECA HEALTH
SERVICES/MEDICAL DEPARTMENT;
and DOES 1-10, in their official capacity,

        Defendants.

Case No. 26-CV-2267 (ECT/JFD)

**ORDER**

---

IT IS HEREBY ORDERED THAT:

1.    The application to proceed *in forma pauperis* of plaintiff Jennifer Krueger [Doc. No. 10] is GRANTED.

2.    The U.S. Marshals Service is directed to effect service of process on the defendants consistent with Rule 4(i) of the Federal Rules of Civil Procedure.

3.    Ms. Krueger must pay the unpaid balance ($350.00) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where Ms. Krueger is confined.

Date: July 17, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge

1